UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA RIGHT TO LIFE COMMITTEE, INC., | * | |
| | * | Civ. No. 4:10-cv-00416 |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| TOM MILLER, in his official capacity as Iowa Attorney General; W. CHARLES SMITHSON, in this official capacity as Iowa Ethics and Campaign Disclosure Board Executive Director; JAMES ALBERT, JOHN WALSH, PATRICIA HARPER, GERALD SULLIVAN, SAIMA ZAFAR, and CAROLE TILLOTSON, in their official capacities as Iowa Ethics and Campaign Disclosure Board Members; and JOHN SARCONE, in his official capacity as Polk County Attorney, | * * * * * | ANSWER ON BEHALF OF DEFENDANTS SMITHSON, ALBERT, WALSH, HARPER, SULLIVAN, ZAFAR AND TILLOTSON |
| Defendants. | | |

COME NOW Defendants Smithson, Albert, Walsh, Harper, Sullivan, Zafar and Tillotson and set forth below answers to Plaintiff's verified complaint for declaratory and injunctive relief. Each and every allegation of this complaint is denied unless expressly hereinafter admitted.

**Introduction**

1. Defendants admit that paragraph 1 sets forth plaintiff's claims, but deny any substantive allegations in paragraph 1.

2. Defendants admit that paragraph 2 sets forth plaintiff's claims, but deny any substantive allegations in paragraph 2.

3. Defendants admit that paragraph 3 sets forth plaintiff's claims, but deny any substantive allegations in paragraph 3, including subparagraphs a-d.

### Jurisdiction and Venue

4. Defendants admit paragraph 4.

5. Defendants admit paragraph 5.

### Parties

6. Paragraph 6 is denied for lack of information.

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

### Facts

12. Paragraph 12 is admitted.

13. Defendants admit that paragraph 13 sets forth plaintiff's claims, but defendants deny any substantive allegations in paragraph 13.

14. Paragraph 14 is denied for lack of information.

15. The statutes and rules speak for themselves. The balance of paragraph 15 is denied for lack of information.

16. Paragraph 16 is denied for lack of information.

17. Paragraph 17 is denied for lack of information.

18. Paragraph 18 is denied for lack of information.

19. Paragraph 19 is denied for lack of information.

20. Paragraph 20 is denied for lack of information.

21. Paragraph 21 denied for lack of information.

## Count 1

22. Defendants reassert and incorporate by reference responses in paragraphs 1 through 21 of this answer.

23. Paragraph 23 is denied.

24. The statute and case law speaks for themselves. The balance of paragraph 24 is denied.

25. The statute speaks for itself. The balance of paragraph 25 is denied.

26. The case law speaks for itself. The balance of paragraph 26 is denied.

27. The case law speaks for itself. The balance of paragraph 27 is denied.

28. Paragraph 28 is denied.

## Count 2

29. Defendants reassert and incorporate by reference responses in paragraphs 1 through 28 of this answer.

30. The statutes, rules and forms speak for themselves. Defendants admit that paragraph 30 sets forth plaintiff's claims, but defendants deny any substantive allegations in paragraph 30.

31. The case law speaks for itself. The balance of paragraph 31 is denied.

32. The rules and brochure speak for themselves. The balance of paragraph 32 is denied.

33. The statutes speak for themselves. The balance of paragraph 33 is denied.

34. The case law speaks for itself. The balance of paragraph 34 is denied.

35. The statutes, case law, rules and forms speak for themselves. The balance of paragraph 35 is denied.

36. Paragraph 36 is denied.

37. The case law speaks for itself. The balance of paragraph 37 is denied.

38. Paragraph 38 is denied.

### Count 3

39. Defendants reassert and incorporate by reference responses in paragraphs 1 through 38 of this answer.

40. The statute speaks for itself. Defendants admit that paragraph 40 sets forth plaintiff's claims, but defendants deny any substantive allegation in paragraph 40.

41. The case law speaks for itself. The balance of paragraph 41 is denied.

42. The statutes and case law speaks for themselves. The balance of paragraph 42 is denied.

43. Paragraph 43 is denied.

### Count 4

44. Defendants reassert and incorporate by reference responses in paragraphs 1 through 43 of this answer.

45. The statutes and forms speak for themselves. Defendants admit that paragraph 45 sets forth plaintiff's claims, but defendants deny any substantive allegations in paragraph 45.

46. Paragraph 46 is denied.

47. The statutes and forms speak for themselves. The balance of paragraph 47 is denied.

48. The case law speaks for itself. The balance of paragraph 48 is denied.

49. The case law speaks for itself. The balance of paragraph 49 is denied.

50. The case law speaks for itself. The balance of paragraph 50 is denied for lack of information.

51. The case law speaks for itself. The balance of paragraph 51 is denied.

52. The case law speaks for itself. The balance of paragraph 52 is denied.

53. Paragraph 53 is denied.

WHEREFORE, State Defendants respectfully request that this matter be dismissed with all costs and attorney fees taxed to plaintiff. Defendants request such other and further relief as may be deemed appropriate by the Court.

:

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

/S/JEFFREY S. THOMPSON
Deputy Attorney General
1305 E. Walnut Street, Second Floor
Des Moines, Iowa 50319
(T) 515/281-4419
(Fax) 515/281-4209
E-mail: jeffrey.thompson@iowa.gov

Copy via email:

Michael B. O'Meara
Assistant Polk County Attorney
111 Court Ave., Rm. 340
Des Moines, IA 50309

Sean P. Moore
Adam C. Gregg
Brian P. Rickert
Brown Winick
666 Grand Avenue
Ruan Center, Suite 2000
Des Moines, IA 50309

James Bopp
Richard E. Coleson
Jared Haynie
Joseph E. La Rue
Kaylan L. Phillips
BOPP COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47808

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 28, 2010.

- ☐ U.S. Mail    ☐ FAX
- ☐ Hand Delivery    ☐ Overnight Courier
- ☐ Federal Express    ☐ Other
- ☒ Electronically

Signature: /s/Jeffrey S. Thompson