UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| IOWA RIGHT TO LIFE COMMITTEE, INC., | * | |
| | * | Civ. No. 4:10-cv-00416 |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| TOM MILLER, in his official capacity as Iowa Attorney General; W. CHARLES SMITHSON, in this official capacity as Iowa Ethics and Campaign Disclosure Board Executive Director; JAMES ALBERT, JOHN WALSH, PATRICIA HARPER, GERALD SULLIVAN, SAIMA ZAFAR, and CAROLE TILLOTSON, in their official capacities as Iowa Ethics and Campaign Disclosure Board Members; and JOHN SARCONE, in his official capacity as Polk County Attorney, | * * * * * | MOTION TO DISMISS ON BEHALF OF DEFENDANT MILLER |
| Defendants. | | |

COMES NOW Defendant Miller and files this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and in support thereof would respectfully show:

**I.**

**THE ELEVENTH AMENDMENT BARS PLAINTIFF'S SUIT AGAINST IOWA ATTORNEY GENERAL TOM MILLER**

The Eleventh Amendment immunizes states from suits filed against them without their consent. The Supreme Court has construed the Eleventh Amendment, which by its express terms applies only to actions against states by citizens of other states, to also bar suits in federal court against a state by its own citizens. *Edelman v. Jordan*, 415 U.S. 651, 662-63 (1974). The immunity afforded a state in federal court extends to agencies of the state. *Florida Dep't of Health & Rehabilitative Servs. V. Fla. Nursing Home Ass'n*, 450 U.S. 147, 150 (1981).

An exception to Eleventh Amendment immunity permits suits in federal court against state officials alleged to have violated federal law where the relief sought is only injunctive. *Ex Parte Young*, 209 U.S. 123, 155-58 (1908). However, "[i]n making an officer of the state a party defendant in a suit to enjoin the enforcement of an act alleged to be unconstitutional, it is plain that such officer must have some connection with the enforcement of that act. . . . " *Id*. At 157. "General authority to enforce the laws of the state is not sufficient to make government officials the proper parties to litigation challenging the law." *See Children's Healthcare is a Legal Duty, Inc. v. Deters*, 92 F.3d 1412, 1416 (6th Cir. 1996)(quotation omitted); *see also Okpaboli v. Foster*, 244 F.3d 405, 416 (5th Cir. 2001).

Here, Attorney General Miller has been named solely because, "As Iowa Attorney General, Defendant Tom Miller has the power to prosecute criminal violations of Iowa law, including violations of statutory provisions challenged here." Verified Petition, paragraph 7. Thus, based upon the allegations in Plaintiff's Verified Complaint, any claims against Attorney General Miller are barred by the Eleventh Amendment.

**II.**

WHEREFORE, premises considered Defendant Tom Miller requests that plaintiff's claims against him be dismissed.

                                      Respectfully submitted,

                                      THOMAS J. MILLER
                                      Attorney General of Iowa

                                      /S/JEFFREY S. THOMPSON
                                      Deputy Attorney General
:                                    1305 E. Walnut Street, Second Floor
                                      Des Moines, Iowa 50319
                                      (T) 515/281-4419
                                      (Fax) 515/281-4209
                                      E-mail: jeffrey.thompson@iowa.gov

Copy via email:

Michael B. O'Meara
Assistant Polk County Attorney
111 Court Ave., Rm. 340
Des Moines, IA 50309

Sean P. Moore
Adam C. Gregg
Brian P. Rickert
Brown Winick
666 Grand Avenue
Ruan Center, Suite 2000
Des Moines, IA 50309

James Bopp
Richard E. Coleson
Jared Haynie
Joseph E. La Rue
Kaylan L. Phillips
BOPP COLESON & BOSTROM
1 South 6th Street
Terre Haute, IN 47808

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on September 28, 2010.

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivery
- ☐ Overnight Courier
- ☐ Federal Express
- ☐ Other
- ☒ Electronically

Signature: /s/Jeffrey S. Thompson